**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**CASE NO.: 4:26-cv-08861**

RICHARD MUNIZ,

Plaintiff,

v.

MILL CREEK RESIDENTIAL TRUST LLC,

Defendant.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff RICHARD MUNIZ by and through his undersigned counsel, brings this Complaint against Defendant MILL CREEK RESIDENTIAL TRUST LLC for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff RICHARD MUNIZ ("Muniz") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §106, to copy and distribute Muniz's original copyrighted Works of authorship.

2. Richard L. Muniz uses his architectural background and years of experience to capture the architect's vision. Muniz also works closely with builders and developers to help them fully utilize and maximize their photography investment with images designed to reach their targeted audience. He has extensive experience photographing commercial real estate and urban residential properties. His portfolio includes extensive work photographing some of the most prestigious golf courses in the Texas region.

3. Defendant MILL CREEK RESIDENTIAL TRUST LLC ("Mill Creek") is engaged in the residential real estate industry. The company operates as part of the Mill Creek Residential organization, which specializes in the investment, development, construction, acquisition, and operation of rental housing communities throughout the United States.

4. Muniz alleges that Mill Creek copied and distributed Muniz's copyrighted Works to third parties without authorization and in direct violation of the contractual terms agreed to between the Muniz and Mill Creek. Mill Creek committed the violations alleged in the course and scope of the Mill Creek's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Mill Creek is subject to personal jurisdiction in Texas.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Mill Creek engaged in infringement in this district, Mill Creek resides in this district, and Mill Creek is subject to personal jurisdiction in this district.

## DEFENDANT

9. Mill Creek Residential Trust LLC is Delaware limited liability company registered to do business in Texas, with its principal place of business at 2001 Bryan Street, Suite 3275, Dallas, TX 75201, and can be served by serving its Registered Agent, C T Corporation System, at 1999 Bryan Street, Suite 900, Dallas, TX 75201.

**THE COPYRIGHTED WORKS AT ISSUE**

10. The below table details the Copyright Titles, Registration Numbers and Registration Issue Dates of the works of Muniz's intellectual property at issue in this case. Copies of the Works are attached hereto as **Exhibit 1**. All twelve of the works in the table below are referred to collectively herein as the "Works." Copies of the Works are attached hereto as **Exhibit 1**.

| Title | Registration Date | Registration Number |
|---|---|---|
| image 4 | March 17, 2024 | VAU 1-530-030 |
| image 1 | March 17, 2024 | VAU 1-530-030 |
| image 23 | March 17, 2024 | VAU 1-530-030 |
| image 8 | March 17, 2024 | VAU 1-530-030 |
| image 7 | March 17, 2024 | VAU 1-530-030 |
| image 19 | March 17, 2024 | VAU 1-530-030 |
| image 20 | March 17, 2024 | VAU 1-530-030 |
| image 2 | March 17, 2024 | VAU 1-530-030 |
| image 25 | March 17, 2024 | VAU 1-530-030 |
| image 17 | March 17, 2024 | VAU 1-530-030 |
| image 11 | March 17, 2024 | VAU 1-530-030 |
| image 21 | March 17, 2024 | VAU 1-530-030 |

11. Muniz's Works are protected by copyright but are not otherwise proprietary, or trade secrets. The perspective, orientation, positioning, lighting, and other details of the Works are entirely original and creative. As such, the Works qualify as subject matter protectable under the Copyright Act.

12. Muniz registered the Works with the Register of Copyrights on March 17, 2024, and was assigned registration number VAU 1-530-030. The Certificate of Registration is attached hereto as **Exhibit 2**.

13. At all relevant times Muniz was the exclusive owner of the copyrighted Works.

**INFRINGEMENT BY MILL CREEK**

14. In about early 2024, Mill Creek approached Muniz to inquire about utilizing his professional photography services to capture images of Modera Garden Oaks, a property in Houston, Texas that was developed and constructed by Mill Creek (the "Property").

15. The parties agreed to work together to capture photographs for Mill Creek's individual use. On February 12, 2024, Muniz sent a job proposal to Mill Creek via email (the "Job Proposal"), which was signed by Mill Creek the next day on February 13, 2024.

16. The Job Proposal included terms for Muniz's services which read, in part, "[Mill Creek] may not assign or transfer Images of this agreement or any rights granted to any third parties hereunder. . . . Selected Images are not transferable to any other parties without the express agreement of the photographer."

17. On March 14, 2024, Muniz sent Mill Creek an invoice via email (the "Invoice") for his services in connection with the signed Job Proposal. The Invoice included the same terms as the Job Proposal and read, in part, "[Mill Creek] may not assign or transfer Images of this agreement or any rights granted to any third parties hereunder. . . . Selected Images are not transferable to any other parties without the express agreement of the photographer."

18. Muniz received payment for the Invoice from Mill Creek on April 4, 2024.

19. In total, Mill Creek selected thirty-four (34) of Muniz's photographs to use in Mill Creek's individual promotion of the Property.

20. On or about December 8, 2025, Muniz discovered the unauthorized use of the twelve Works at issue in this action by Berkadia Proprietary Holding LLC ("Berkadia") at the website URL www.berkadia.com.

21. Berkadia was the broker that assisted Mill Creek with the sale of the Property.

22. When Muniz, through counsel, contacted Berkadia to investigate the unauthorized use of the Works, he learned that the Works were distributed by Mill Creek to Berkadia in violation of Muniz's rights as the copyright holder to the Works and in direct violation of the terms of both the Job Proposal, the Invoice, and the Photographer's Usage Rights License Certificate given to Mill Creek. Each of these documents stated consistent terms and conditions.

23. Muniz further identified the unauthorized use of the Works on the website associated with the companies RPM Living LLC and its joint-partner Island Capital Group LLC.

24. Upon information and belief, Mill Creek entered into an agreement with RPM Living LLC and Island Capital Group LLC for the sale of the Property in late 2025.

25. On September 1, 2026, Muniz, through counsel, contacted Mill Creek and asked whether the Works were distributed to RPM Living LLC and Island Capital Group LLC by Mill Creek when it sold the Property to those parties, but Mill Creek did not provide a response.

26. Mill Creek copied Muniz's copyrighted Works without Muniz's permission.

27. After Mill Creek copied the Works, it made further copies and distributed the Works to at least Berkadia for the sale of the Property.

28. Mill Creek copied and distributed Muniz's copyrighted Works in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

29 Mill Creek committed copyright infringement of the Works as evidenced by the documents attached hereto as **Exhibit 3**.

30. Muniz never gave Mill Creek permission or authority to copy or distribute the Works to third parties.

31. Muniz notified Mill Creek of the allegations set forth herein prior to the filing of this Complaint. To date, the parties have failed to resolve this matter.

**COUNT I**
**COPYRIGHT INFRINGEMENT**

32. Muniz incorporates the allegations of paragraphs 1 through 31 of this Complaint as if fully set forth herein.

33. Muniz owns valid copyrights in the Works.

34. Muniz registered the Works with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

35. Mill Creek copied and distributed the Works and made derivatives of the Works without Muniz's authorization in violation of 17 U.S.C. § 501.

36. Mill Creek performed the acts alleged in the course and scope of its business activities.

37. Mill Creek's acts were willful.

38. Muniz has been damaged.

39. The harm caused to Muniz has been irreparable.

WHEREFORE, the Plaintiff RICHARD MUNIZ prays for judgment against the Defendant MILL CREEK RESIDENTIAL TRUST LLC that:

a. Mill Creek and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. Mill Creek be required to pay Muniz his actual damages and Defendant's profits attributable to the infringement, or, at Muniz's election, statutory damages, as provided in 17 U.S.C. § 504;

c. Muniz be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Muniz be awarded pre- and post-judgment interest; and

e. Muniz be awarded such other and further relief as the Court deems just and proper.

**JURY DEMAND**

Muniz hereby demands a trial by jury of all issues so triable.

Dated: October 8, 2026

Respectfully submitted,

*/s/ George N. Colville*

GEORGE N. COLVILLE
Bar Number: 1060046
george.colville@sriplaw.com

**SRIPLAW, P. A.**
41 Madison Avenue
25th Floor
New York, New York 10010
786.297.8709 – Telephone
561.404.4353 – Facsimile

JOEL B. ROTHMAN
FL Bar Number: 98220
joel.rothman@sriplaw.com

**SRIPLAW, P. A.**
21301 Powerline Road
Suite 212

Boca Raton, FL 33433
561.404.4335 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Richard Muniz*