AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Southern District of Texas

**Richard Muniz**
*Plaintiff(s)*

v.

**Mill Creek Residential Trust LLC**
*Defendant(s)*

Civil Action No. 4:26-cv-08861

## SUMMONS IN A CIVIL ACTION

To:

Mill Creek Residential Trust LLC
Registered Agent: C T Corporation System
at 1999 Bryan Street, Suite 900
Dallas, TX 75201.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

GEORGE N. COLVILLE
**SRIPLAW, P. A.**
41 Madison Avenue
25th Floor
New York, New York 10010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:______________________________

______________________________
*Signature of Clerk or Deputy Clerk*

Civil Action No. 4:26-cv-08861

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________________
was received by me on *(date)* ______________________.

☐ I personally served the summons on the individual at *(place)* ______________________________
______________________________________________ on *(date)* ___________________ ; or

☐I left the summons at the individual's residence or usual place of abode with *(name)* _____________
______________________________, a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address: or

☐I served the summons on *(name of individual)* _________________________________, who is
designated by law to accept service of process on behalf of *(name of organization)* ________________
______________________________________________ on *(date)* ___________________ ; or

☐I returned the summons unexecuted because _________________________________________ ; or

☐Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ ________________.

I declare under penalty of perjury that this information is true.

Date: __________________

________________________________________________
*Server's signature*

________________________________________________
*Printed name and title*

________________________________________________
*Server's address*

Additional information regarding attempted service, etc.: